# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Carrasco Gamez, Jr., <br> Plaintiff, <br> v. <br> United States of America, <br> Defendant. | No. CV-17-02044-PHX-JJT (ESW) <br><br> **ORDER** |

At issue is the Report and Recommendation ("R&R") (Doc. 64) in this matter submitted by United States Magistrate Judge Eileen S. Willett, which recommends that the Court dismiss from this action the United States, as well as FBI Special Agents Jacobs and Hughes in their official capacities. The time for objections to be filed has passed and no party filed any objection. The Court is thus permitted to accept the R&R without further review. Even if objections had been filed, however, Judge Willett's analysis of the case law disallowing *Bivens* claims against these defendants is clear cut. No plaintiff may maintain a *Bivens* action against the United States. *FDIC v. Meyer*, 510 U.S. 471, 484-86 (1994). And federal officials may not be sued under *Bivens* in their official capacities. *Solida v. McKelvey*, 820 F.3d 1090, 1094 (9th Cir. 2016). A *Bivens* suit may lie only against an official in his or her individual capacity. *Id.*

IT IS ORDERED adopting in whole the R&R (Doc. 64).

. . . .

. . . .

IT IS FURTHER ORDERED dismissing this action with prejudice as against the United States of America, and Special Agents Jacobs and Hughes in their official capacities only.

Dated this 15th day of May, 2018.

_____
Honorable John J. Tuchi
United States District Judge