**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Carrasco Gamez, Jr., | No. CV-17-02044-PHX-JJT (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's "Motion for Enlargement of Initial Disclosure-Scheduling Order (20) Twenty days ("2nd Second Request")" (Doc. 78). No response has been filed and the time to do so has passed. *See* LRCiv 7.2(i).

For good cause shown,

**IT IS ORDERED** extending the initial disclosure deadline set forth in the Court's Order (Doc. 76) to twenty (20) days from the filing of this Order.

Dated this 1st day of June, 2018.

Honorable Eileen S. Willett
United States Magistrate Judge