WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Carrasco Gamez, Jr.,<br><br>Plaintiff,<br><br>v.<br><br>United States of America, et al.,<br><br>Defendants. | No. CV-17-02044-PHX-JJT (ESW)<br><br>**ORDER** |

This Order sets forth the Court's rulings on a number of pending Motions (Docs. 147, 149, 157, 163, 165, and 166).

## I. DISCUSSION

### A. Motions Pertaining to Plaintiff's Request for a Discovery Conference

The Court has reviewed Plaintiff's July 30, 2018 "Motion to Request a Discovery Conference" (Doc. 147). Because the Court does not find that the Motion (Doc. 147) presents good cause for a discovery conference, it will be denied. The Court will deny Defendants' Motion to Strike (Doc. 149) as Plaintiff's Motion (Doc. 147) was filed with leave of Court. (Doc. 143 at 3).

The Court also has reviewed Plaintiff's August 9, 2018 "Motion to Request a Discovery Conference [Re: Supoenas ('See: dkt 84')] Non-Parties" (Doc. 157). As Defendant Crabtree correctly states (Doc. 163 at 1), there is no statute, rule, or court order that authorizes the filing of a request for a discovery conference related to

subpoenas served on non-parties. The Court will grant Defendant Crabtree's Motion to Strike (Doc. 163) Plaintiff's August 9, 2018 Motion (Doc. 157).

On August 15, 2018, Plaintiff filed another "Motion to Request a Discovery Conference" (Doc. 166). The Motion does not present good cause for a discovery conference and will be denied.

### B. The Corizon Defendants' "Motion for Order Enforcing Expert Witness Requirements of A.R.S. § 12-2603" (Doc. 165)

On August 15, 2018, the Corizon Defendants filed a "Motion for Order Enforcing Expert Witness Requirements of A.R.S. § 12-2603" (Doc. 165). The Corizon Defendants correctly assert that because Count III of Third Amended Complaint presents a state law claim for medical malpractice, Plaintiff must comply with ARIZ. REV. STAT. § 12-2603(A), which requires Plaintiff to certify whether expert testimony is necessary. *Dean v. Allred*, No. CV 13-1202-PHX-GMS, 2014 WL 806145, at *2 (D. Ariz. Feb. 28, 2014). The Court will grant the Corizon Defendants' "Motion for Order Enforcing Expert Witness Requirements of A.R.S. § 12-2603" (Doc. 165).

## II. CONCLUSION

Based on the foregoing,

**IT IS ORDERED** denying "Motion to Request a Discovery Conference" (Doc. 147).

**IT IS FURTHER ORDERED** denying the Corizon Defendants' Motion to Strike (Doc. 149).

**IT IS FURTHER ORDERED** granting Defendant Crabtree's Motion to Strike (Doc. 163).

**IT IS FURTHER ORDERED** striking Plaintiff's "Motion to Request a Discovery Conference [Re: Supoenas ('See: dkt 84')] Non-Parties" (Doc. 157).

**IT IS FURTHER ORDERED** denying Plaintiff's "Motion to Request a Discovery Conference" (Doc. 166).

**IT IS FURTHER ORDERED** granting the Corizon Defendants' "Motion for Order Enforcing Expert Witness Requirements of A.R.S. § 12-2603" (Doc. 165).

**IT IS FURTHER ORDERED** that by **September 19, 2018**, Plaintiff shall file a written certification stating whether expert testimony is necessary to prove the healthcare professional standard of care for his medical malpractice claim in Count III of the Third Amended Complaint. If Plaintiff certifies that expert testimony is necessary, then Plaintiff shall produce a preliminary expert opinion affidavit in accordance with ARIZ. REV. STAT. § 12-2603. The affidavit shall be produced within thirty days of the filing of Plaintiff's written certification.

Dated this 29th day of August, 2018.

Eileen S. Willett
United States Magistrate Judge