**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Carrasco Gamez, Jr., | No. CV-17-02044-PHX-JJT (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, et al., | |
| Defendants. | |

The Court has considered Plaintiff's "Motion to Extend this Court's Discovery Deadline of [dkt 244] to Reply to (Count One Defendants) Discovery Responses – Due to (Gamez') Excusable Neglect pursuant to Fed. R. Civ. P. Rule 60(b)" (Doc. 302) and Defendants Keith Crabtree, Allen, and Garcia's Motion to Extend Count One Discovery and Dispositive Motion Deadlines (Doc. 310). Plaintiff is requesting an extension of the discovery deadlines in Count One of his case. Defendants in Count One are requesting the same relief. The Court finds that good cause exists to extend the deadlines for completing discovery and filing dispositive motions related to Count One.

**IT IS ORDERED** granting the Motions to Extend (Docs. 302, 310).

**IT IS FURTHER ORDERED** extending the deadline for completing discovery as

to Count One to **February 28, 2019** and extending the deadline for filing dispositive motions related to Count One to **March 29, 2019**.

Dated this 4th day of February, 2019.

_____
Honorable Eileen S. Willett
United States Magistrate Judge