**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Carrasco Gamez, Jr., <br> Plaintiff, <br> v. <br> United States of America, et al., <br> Defendants. | No. CV-17-02044-PHX-JJT (ESW) <br><br> **ORDER** |

The Court has considered Defendants Allen and Garcia's Motion to Extend Deadline to Provide Plaintiff with an Inventory of the Seized Boxes Returned to Him by the FBI (Doc. 294) and Defendants Allen and Garcia's Notice to the Court (Doc. 295). Defendants request an extension of time on the Court's Order (Doc. 291) requiring them to provide an inventory of the seized boxes returned to Plaintiff by the FBI no later than January 2, 2019. However, Defendants' Notice (Doc. 295) reflects timely compliance with the Court's Order. Therefore, the Motion to Extend (Doc. 294) is moot.

For the reasons set forth herein,

**IT IS ORDERED** denying as moot Defendants Allen and Garcia's Motion to Extend Deadline to Provide Plaintiff with an Inventory of the Seized Boxes Returned to Him by the FBI (Doc. 294). As reflected in Defendants' Notice (Doc. 295), the inventory

provided to Plaintiff on January 2, 2019 was provided within the deadline set by the Court and therefore timely.

Dated this 4th day of February, 2019.

_____
Honorable Eileen S. Willett
United States Magistrate Judge